# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00275-CV

---

**Sonia Cruz, Appellant**

**v.**

**Marcos Sanchez and Elena Grimaldo, Appellees**

---

### FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
### NO. 24-1017, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellees have filed an Agreed Motion to Dismiss Appeal Pursuant to Settlement.

We grant their motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

---

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Agreed Motion

Filed:   July 24, 2025